■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BRYANT, Appellant. [766 NYS2d 50] —Appeal by the defen-

dant from a resentence of the Supreme Court, Kings County (R.E. Rivera, J.), imposed October 18, 2001, upon his conviction of robbery in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict.

Ordered that the resentence is affirmed.

The resentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]).

The defendant's remaining contention is without merit (*see People v Rosen,* 96 NY2d 329 [2001], *cert denied* 534 US 899 [2001]; *People v McKenzie,* 298 AD2d 409 [2002]). Altman, J.P., Krausman, Goldstein and Luciano, JJ., concur.